NUMBER
13-10-00538-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

THE
STATE OF TEXAS,                                                               Appellant,

 

                                                             v.

 

BRYANT
ROSALES,                                                                       Appellee.

____________________________________________________________

 

                        On
appeal from the 2nd 25th District Court

                                       of
Lavaca County, Texas.

____________________________________________________________

 

                                       MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Rodriguez and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant,
the State of Texas, by and through its Assistant District Attorney, the
Honorable Thomas A. Mitchell, has filed a motion for dismissal of its appeal
pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.  See Tex. R. App. P. 42.2(a).  No decision
of this Court having been delivered to date, we grant the motion and dismiss
the appeal.  Having dismissed the appeal at appellant's request, no motion for
rehearing will 

be entertained,
and our mandate will issue forthwith.

PER CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 2nd

day of December, 2010.